UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RBW STUDIO, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WEINSTEIN AU, PLLC, THE RUSHING COMPANY, L.L.C., EITEL ASSOCIATES, LLC, COLUMBIA HOSPITALITY, INC., and LAKE UNION PARTNERS SEATTLE, LLC<br><br>　　　　　　Defendants, | Case No. 2:24-cv-00763-JHC<br><br>ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

The Court, having reviewed Defendant The Rushing Company, L.L.C.'s Unopposed Motion for Extension of Time to answer the Complaint, Dkt. # 16, HEREBY ORDERS:

Defendant The Rushing Company, L.L.C.'s answer to Plaintiff's Complaint will be due on July 10, 2024.

DATED this 25th day of June, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　United States District Judge

1