UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RBW STUDIO, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>WEINSTEIN AU, PLLC, THE RUSHING COMPANY, L.L.C., EITEL ASSOCIATES, LLC, COLUMBIA HOSPITALITY, INC., and LAKE UNION PARTNERS SEATTLE, LLC,<br><br>      Defendants, | Case No. 2:24-cv-00763-JHC<br><br>ORDER GRANTING DEFENDANT THE RUSHING COMPANY, L.L.C.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE COMBINED JOINT RULE 26(f) REPORT |

This matter comes before the Court on Rushing Company, L.L.C.'s Unopposed Motion for an Extension of Time to File the Combined Joint Rule 26(f) Report. Dkt. # 44. The Court, having reviewed the motion and being otherwise fully advised, ORDERS:

1. The Rushing Company, L.L.C.'s Unopposed Motion for an Extension of Time to File the Combined Joint Rule 26(f) Report is GRANTED.

2. The parties will file a Joint Rule 26(f) Report by August 28, 2024.

DATED: August 22, 2024.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE