UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RBW STUDIO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WEINSTEIN AU, PLLC, THE RUSHING COMPANY, L.L.C., EITEL ASSOCIATES, LLC, COLUMBIA HOSPITALITY, INC., and LAKE UNION PARTNERS SEATTLE, LLC,<br><br>    Defendants. | Case No. 2:24-cv-00763-JHC<br><br>ORDER |

This matter comes before the Court on Defendant The Rushing Company, L.L.C.'s Rule 12(c) Motion for Judgment on the Pleadings. Dkt. No. 39. Yesterday, Defendants Lake Union Partners Seattle, LLC, Eitel Associates LLC, and Columbia Hospitality, Inc. filed a notice of joinder in Rushing's motion. Dkt. # 48. Thus, the Court RENOTES Rushing's motion (Dkt. # 39) to September 26, 2024. And the Court STRIKES the emergency motion at Dkt. # 49.

Dated this 29th day of August, 2024.

John H. Chun
United States District Judge

ORDER
2:24-cv-00763-JHC - 1