UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RBW STUDIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WEINSTEIN AU, PLLC, THE RUSHING COMPANY, L.L.C., EITEL ASSOCIATES, LLC, COLUMBIA HOSPITALITY, INC., and LAKE UNION PARTNERS SEATTLE, LLC,<br><br>Defendants. | Case No. 2:24-cv-00763-JHC<br><br>**ORDER** |

This matter comes before the Court on Defendant The Rushing Company, L.L.C.'s Rule 12(c) Motion for Judgment on the Pleadings. Dkt. # 39. On August 29, 2024, the Court re-noted the motion to September 26, 2024. Dkt. # 50. The Court did not set briefing deadlines in the August 29 order. *Id.* The Court deems the opposition to the motion, Dkt. # 52, to be timely filed. And the Court sets September 26, 2024, as the deadline for the reply.

Dated this 19th day of September, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER
(2:24-cv-00763-JHC) - 1